**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00097-CV**
_____

**IN RE LONNIE KADE WELSH**

**Original Proceeding**
**435th District Court of Montgomery County, Texas**
**Trial Cause No. 15-01-0659-CV**

**MEMORANDUM OPINION**

Relator Lonnie Kade Welsh filed a motion to dismiss this original proceeding.

The motion is granted, and we dismiss this original proceeding without reference to

the merits.

PETITION DISMISSED.

PER CURIAM

Submitted on June 9, 2021
Opinion Delivered June 10, 2021

Before Kreger, Horton, and Johnson, JJ.

1